**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICKEL SHEPHERD,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15-00373-KD-N** |
| | ) | |
| **STAN WILSON,** *et al.*, | ) | |
|     **Defendants.** | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Additional Time to File an Objection to the Report and Recommendation. (Doc. 49).[1] Upon consideration, the motion is **DENIED**.

The Report and Recommendation (Doc. 48) was electronically docketed December 22, 2015.[2] Objections were due January 5, 2016. At 7:04 p.m., the night of the deadline, Plaintiff's counsel filed this motion, indicating that she was unable to electronically access a copy of the Report and Recommendation. She also requested the Court send her a hard copy of the same. Counsel indicates that she had difficulties accessing the Report and Recommendation via CM/ECF.

Upon review of Plaintiff's motion it is obvious that at some point Plaintiff's counsel had access to the Report and Recommendation. She briefly addresses the merits of the Report and Recommendation in her filing, was aware of the recommended disposition of the case, and knew the deadline for filing objections. Counsel's inability to access the document again 5 hours prior to the expiration of the objection deadline does not amount a showing of good cause. *See* Fed. R.

---

[1] In the alternative, Plaintiff requests the motion be considered a "blanket objection" to the Report and Recommendation. (Doc. 49).

[2] The Report and Recommendation is dated December 21, 2015 but was not electronically docketed until December 22, 2015. Notice to the parties took place on December 22, 2015.

Civ. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time…"). The Court also notes that Plaintiff was able to file this motion without technical difficulties.  Thus, Plaintiff had the ability to file a timely objection.

　　　　**DONE** and **ORDERED** this the **8th** day of **January 2016.**

　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　**KRISTI K. DUBOSE**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**